No. 875. WALKER v. KANSAS. Sup. Ct. Kan. Certiorari denied. *John J. Spriggs, Jr.,* for petitioner. *Robert C. Londerholm,* Attorney General of Kansas, and *J. Richard Foth* and *John K. Sargent,* Assistant Attorneys General, for respondent.

No. 884. NORTH CAROLINA v. PATTON. C. A. 4th Cir. Certiorari denied. *Thomas Wade Bruton,* Attorney General of North Carolina, and *Andrew A. Vanore, Jr.,* for petitioner. *William W. Van Alstyne* for respondent.

No. 887. ROYAL TOPS MANUFACTURING CO., INC., ET AL. v. DONALD F. DUNCAN, INC. C. A. 7th Cir. Certiorari denied. *Maxwell E. Sparrow* for petitioners. *Owen J. Ooms* for respondent.

No. 888. LOCALS 107 ET AL., AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. A. DUIE PYLE, INC., ET AL. C. A. 3d Cir. Certiorari denied. *David Previant, Edward Davis* and *Florian Bartosic* for petitioners. *Robert H. Kleeb* for A. Duie Pyle, Inc., et al., and *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, respondents.

No. 915. GLENS FALLS INSURANCE CO. ET AL. v. UNITED STATES FOR THE USE OF NEWTON LUMBER & MFG. CO. ET AL. C. A. 10th Cir. Certiorari denied. *Martin J. Andrew* for Glens Falls Insurance Co., and *Roger T. Tammen* for DMH Enterprises, Inc., petitioners. *Louis Johnson* for respondents.